Rolon v Zevrone Realty Hous. Dev. Fund Co., Inc. (2025 NY Slip Op 03984)

Rolon v Zevrone Realty Hous. Dev. Fund Co., Inc.

2025 NY Slip Op 03984

Decided on July 01, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 01, 2025

Before: Renwick, J.P., Manzanet-Daniels, Higgitt, Rosado, Michael, JJ. 

Index No. 20656/19|Appeal No. 4230|Case No. 2024-03808|

[*1]Samaris Rolon, Plaintiff-Respondent,
v
Zevrone Realty Housing Development Fund Company, Inc., et al., Defendants-Respondents, Total NY Construction Corp., Defendant-Appellant, Sean's Construction of NY, Inc., Defendant.

Zevrone Realty Housing Development Fund Company, Inc., et al, Third-Party Plaintiffs-Respondents,
v
Total NY Construction Corp., Third-Party Defendant-Appellant, Sean's Construction of NY, Inc., Third-Party Defendant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Kim Adair Wilson, J.), entered May 14, 2024,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated June 02, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: July 1, 2025